

NUMBER 13-13-00333-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JON CHRISTOPHER KRAATZ,                                **Appellant,**

**v.**

C.P.Z.,                                            **Appellee.**

**On appeal from the 117th District Court
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Justices Chief Valdez and Justices Perkes and Longoria
Memorandum Opinion Per Curiam**

On July 2, 2013, appellant, Jon Christopher Kraatz, perfected an appeal from a

judgment rendered against him in favor of appellee, C.P.Z. On July 30, 2013, the Clerk

of this Court notified appellant that the clerk's record in the above cause was originally

due on July 29, 2013, and that the deputy district clerk, Tiffany Garza, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution. Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed this
31st day of July, 2014.

2